UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 11, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR S-06-0139 EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| DANIELLE DENIECE ERVIN , | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIELLE DENIECE ERVIN  , Case No.

 CR S-06-0139 EJG  , Charge  18 USC §§ 287 and 2  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_     Release on Personal Recognizance

\_\_\_\_     Bail Posted in the Sum of $_____

X     Unsecured Appearance Bond $ _10,000_   _Co-signed by_
                                                  _Father-in-law_

\_\_\_\_     Appearance Bond with 10% Deposit

\_\_\_\_     Appearance Bond with Surety

\_\_\_\_     Corporate Surety Bail Bond

X     (Other)    _Pretrial Service Supervision w/_
       _conditions._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 11, 2006   at  _3:50 p.m._  .

By  _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal