DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIELLE DENIECE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-139 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| DANIELLE DENIECE ERVIN, | ) Date: July 28, 2006 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status date of July 7, 2006 be vacated and a new date of July 28, 2006 be set for status.

The defense has additional investigation to undertake.  In addition, the government has provided a plea agreement which must be reviewed by the defendant.  Because the defendant was in the final weeks of her pregnancy and is now in the hospital after giving birth, direct contact with her has been difficult.

It is stipulated and agreed between the parties that the period

beginning July 7, 2006 to July 28, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: July 5, 2006

                    Respectfully submitted,

                    DANIEL BRODERICK
                    Federal Defender

                    /s/NED SMOCK
                    NED SMOCK
                    Assistant Federal Defender
                    Attorney for Defendant
                    DANIELLE DENIECE ERVIN

                    MCGREGOR W. SCOTT
                    United States Attorney

Dated:  July 5, 2006

                    /s/ SAMANTHA SPANGLER
                    SAMANTHA SPANGLER
                    Assistant U.S. Attorney

                    **********

**ORDER**

**IT IS SO ORDERED.**

DATED: July 6, 2006        /s/ Edward J. Garcia
                              HONORABLE EDWARD J. GARCIA
                              District Court Judge