DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIELLE DENIECE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-139 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| DANIELLE DENIECE ERVIN, | ) | Date: August 25, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current status date of July 28, 2006 be vacated and a new date of August 25, 2006 be set for status/change of plea.

A proposed plea agreement has been prepared by the government. Because the defendant recently gave birth, she has been on bed rest. It is expected that a disposition will be able to be reached by the August 25 court date.

It is stipulated and agreed between the parties that the period

beginning July 28, 2006 to August 25, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: July 27, 2006

>                               Respectfully submitted,
>
>                               DANIEL BRODERICK
>                               Federal Defender
>
>
>                               /s/NED SMOCK
>                               NED SMOCK
>                               Assistant Federal Defender
>                               Attorney for Defendant
>                               DANIELLE DENIECE ERVIN
>
>
>                               MCGREGOR W. SCOTT
>                               United States Attorney

Dated:  July 27, 2006

>                               /s/ Ned Smock for SAMANTHA SPANGLER
>                               SAMANTHA SPANGLER
>                               Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED:    July 27, 2006

>                               /s/ Edward J. Garcia
>                               HONORABLE EDWARD J. GARCIA
>                               District Court Judge

2