1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  DANIELLE DENIECE ERVIN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-S-06-139 EJG
                                    )
12                Plaintiff,        )
                                    )  STIPULATION AND ORDER
13      v.                          )
                                    )
14 DANIELLE DENIECE ERVIN,          )  Date: September 8, 2006
                                    )  Time: 10:00 A.M.
15                                  )
                                    )  Judge: Hon. Edward J. Garcia
16                Defendant.        )
17 _____  )

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, SAMANTHA SPANGLER, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that the current status date of

22 August 25, 2006 be vacated and a new date of September 8, 2006 be set

23 for status.

24      Earlier this week, the government raised a question about which

25 guideline section applies in determining the offense level in this

26 case.  The defense needs time to research the issue and to discuss the

27 situation with the defendant.

28      It is stipulated and agreed between the parties that the period

1    beginning August 25, 2006 to September 8, 2006 should be excluded in

2    computing the time within which the trial of the above criminal

3    prosecution must commence for purposes of the Speedy Trial Act for

4    defense preparation.  All parties stipulate and agree that this is an

5    appropriate exclusion of time within the meaning of Title 18, United

6    States Code, Section 3161(h)(8)(iv) (Local Code T4).

7

8    Dated: August 23, 2006

9                                    Respectfully submitted,

10                                   DANIEL BRODERICK
                                     Federal Defender

11

12                                   /s/NED SMOCK
                                     NED SMOCK
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   DANIELLE DENIECE ERVIN

15

16                                   MCGREGOR W. SCOTT
                                     United States Attorney

17   Dated:  August 23, 2006
                                     /s/ Ned Smock for SAMANTHA SPANGLER
18                                   SAMANTHA SPANGLER
                                     Assistant U.S. Attorney
19

20

21                         **********

22                              **ORDER**

23       **IT IS SO ORDERED.**

24   DATED:__August 24, 2006_____

25                                   /s/ Edward J. Garcia_____
                                     HONORABLE EDWARD J. GARCIA
26                                   District Court Judge

27

28

                              2