```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  DANIELLE DENIECE ERVIN

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) No. CR-S-06-139 EJG
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER
13       v.                         )
                                    )
14  DANIELLE DENIECE ERVIN,         ) Date: September 22, 2006
                                    ) Time: 10:00 A.M.
15                                  )
                                    ) Judge: Hon. Edward J. Garcia
16              Defendant.          )
    _____ )
17
```

18    IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, SAMANTHA SPANGLER, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the current status date of
22 September 8, 2006 be vacated and a new date of September 22, 2006 be
23 set for change of plea.
24    The parties have been negotiating an issue regarding the
25 appropriate guideline section for the offense conduct in this case.
26 The government prepared a modified proposed plea agreement this week.
27 Defense counsel needs time to review the plea agreement with Ms. Ervin
28 so that she can consider her options.  Ms. Ervin recently started a new

1  job and has a new baby, so it has not been possible to arrange a
2  mutually convenient meeting time in the last two days.
3      It is stipulated and agreed between the parties that the period
4  beginning September 8, 2006 to September 22, 2006 should be excluded in
5  computing the time within which the trial of the above criminal
6  prosecution must commence for purposes of the Speedy Trial Act for
7  defense preparation.  All parties stipulate and agree that this is an
8  appropriate exclusion of time within the meaning of Title 18, United
9  States Code, Section 3161(h)(8)(iv) (Local Code T4).
10 Dated: September 7, 2006

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DANIELLE DENIECE ERVIN


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  September 7, 2006
                                    /s/ Ned Smock for SAMANTHA SPANGLER
                                    SAMANTHA SPANGLER
                                    Assistant U.S. Attorney


                                **********

                                   **ORDER**

     **IT IS SO ORDERED.**

DATED:__September 7, 2006_____

                                    /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    District Court Judge

2