1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | NED SMOCK, Bar #236238
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
DANIELLE DENISE ERVIN
6

FILED cu EJC

NOV 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

c/EJG

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  No. CR-S-06-0139 EJG
                                       )
12 |              Plaintiff,           )
                                       )  NOTICE OF HEARING & Order Thereon
13 |      v.                           )
                                       )
14 | DANIELLE DENIECE ERVIN,           )  Date:  February 16, 2007
                                       )  Time:  10:00 a.m.
15 |              Defendant.           )  Judge: Hon. Edward J. Garcia
                                       )
16 | _____      )

17      The current presentence report schedule and judgment and

18 sentencing date of December 1, 2006 is vacated and a new presentence

19 schedule is as follows:

20

21 | Written objections due:             January 26, 2007
    | PSR to be filed w/court:            February 02, 2007
22 | Motion for correction due:          February 09, 2007
    | J&S:                                February 16, 2007
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

1  All parties including the courtroom clerk have been notified and
2  are in agreement with this continuance.
3
4  Dated: November 9, 2006                Respectfully submitted,
5
                                          DANIEL BRODERICK
6                                         Federal Defender

7                                         /s/ Ned Smock

8                                         ─────────────────────────
                                          NED SMOCK
                                          Assistant Federal Defender
9                                         Attorney for Defendant
                                          DANIELLE DENIECE ERVIN

**IT IS SO ORDERED**