

U.S. Department of Justice

United States Attorney
Eastern District of California

*McGregor W. Scott*
*United States Attorney*

501 I Street, Suite 10-100          916/554-2700
Sacramento, California 95814        Fax 916/554-2900
                                    TTY 916/554-2855

January 23, 2007

To:     Colleen Lydon
        Courtroom Deputy Clerk to the
        Honorable Edward J. Garcia
        U.S. District Court Judge

From:   Samantha S. Spangler
        Assistant U.S. Attorney

Re:     United States v. Danielle Deniece Ervin
        2:06-cr-0139 EJG

   This memorandum confirms that Ms. Ervin's Judgment and Sentencing Hearing, presently scheduled for February 16, 2007, will be continued to March 9, 2007 at 10:00 a.m. Defense counsel is in agreement with the continuance.

   This continuance necessitates resetting the other deadlines in the schedule, as follows:

   Informal objections to the draft pre-sentence report are now due February 16, 2007;

   The final pre-sentence report is due February 23, 2007;

   Motions to correct the final pre-sentence report or other sentencing memoranda are due March 2, 2007.

IT IS SO ORDERED

1/23/07

FILED
JAN 2 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK